UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>   v.<br><br>DACHANDRA GABRIELLA SHIRLEY,<br><br>            Defendant. | Case No. 3:23-mj-70317-MAG-1  (LJC)<br><br>Charging District's Case No.<br>22-cr-2704-TUC-RM |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the District of Arizona

The defendant:        ( ) will retain an attorney.

                            (X) is requesting court-appointed counsel.

**IT IS ORDERED:** Counsel currently appointed to represent Defendant shall immediately notify the United States Attorney and the Clerk of the Clerk for the District of Arizona of Defendant's arrival in the district so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: April 14, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge